# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| STANLEY BELL, | : |
| Plaintiff, | : |
| vs. | :    CA 16-0214-MU |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | : |
| | : |
| Defendant. | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be affirmed.

**DONE** this the 30th day of June, 2017.

                                    s/P. BRADLEY MURRAY
                                    **UNITED STATES MAGISTRATE JUDGE**